IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

BERNARD LEROY
HUTCHINSON,

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

Appellant,

v.                                                      CASE NO. 1D16-4438

STATE OF FLORIDA,

Appellee.

_____/

Opinion filed December 4, 2017.

An appeal from the Circuit Court for Duval County.
Angela Cox, Judge.

Andy Thomas, Public Defender, Barbara J. Busharis, Assistant Public Defender,
Tallahassee, for Appellant.

Pamela Jo Bondi, Attorney General, Amanda Stokes, Assistant Attorney General,
Tallahassee, for Appellee.


PER CURIAM.

        AFFIRMED.

WOLF, WINOKUR, and JAY, JJ., CONCUR.